(Name) KENNETH PRETTYMAN

(Address) 5277 Santa Margarita Street

(City, State, Zip) San Diego, CA 92114

(CDC Inmate No.)

FILED
11 JAN 31 PM 1:43
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# United States District Court
## Southern District of California

**KENNETH PRETTYMAN**
(Enter full name of plaintiff in this action.)

                        Plaintiff,

v.

**CITY OF SAN DIEGO POLICE DEPARTMENT,
CHRISTOPHER LUTH, and John Does 1-10,**

(Enter full name of each defendant in this action.)

                        Defendant(s).

'11 CV 0195 WQH  RBB

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

### B. Parties

1. **Plaintiff**: This complaint alleges that the civil rights of Plaintiff, Kenneth Prettyman
(print Plaintiff's name), who presently resides at 5277 Santa Margarita St. San Diego, CA 92114
(mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at 4700 University Avenue, San Diego, CA 92105
(institution/place where violation occurred) on (dates) 3-3-08, _____, and _____.
                                        (Count 1)    (Count 2)    (Count 3)

2. **Defendants**: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)

::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant **Christopher Luth** (name) resides in **San Diego County** (County of residence), and is employed as a **SDPD Police Officer** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: The defendant assaulted petitioner while defendant was acting in his official capacity as a city employee.

Defendant _____ (name) resides in _____ (County of residence), and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

Defendant _____ (name) resides in _____ (County of residence), and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

Defendant _____ (name) resides in _____ (County of residence), and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>: The following civil right has been violated: Amendment VII. of the United States Constitution
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On 3-3-08 at 2245 hours plaintiff and Garcia were walking across the street when they were almost struck by officer Luth's patrol car. Officer Luth made a U turn and contacted plaintiff and Mr. Garcia. Officer Luth told plaintiff to "sit your black ass down" and grabbed plaintiff's shirt collar when both plaintiff and the defendant Officer Luth began to struggle. Officer Luth kicked the plaintiff in his left knee knocking the plaintiff to the ground. While on the ground defendant Luth punched plaintiff on the right side of his face four or five times. Plaintiff has had several operations on his left knee from a prior job injury.

Plaintiff avers he was assaulted by defendant who inflicted bodily harm upon plaintiff.subjecting plaintiff to cruel and unusual punishment.

**BLACKS LAW DICTIONARY defines assault:** The attempt or threat, accompanied by the apparent present ability,to inflict bodily harm on another; the display of force as to cause fear of bodily harm. Actual touching is not a requiste of assault as it is of battery.

See attached SDPD Complaint Control Form.

<u>Count 2</u>: The following civil right has been violated: <u>Amendment VII. of the United States Constitution</u>        (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:  [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

On 3-3-08 plaintiff was subjected to a false arrest by plaintiff where he was charged and incarcerated in the San Diego County Jail for charges defendant knew to be false.

**BLACKS LAW DICTIONARY defines false arrest:** Tort consisting of unlawful restraint or deprivation of a person's liberty; arrest without proper legal authority; illegal arrest. False arrest may also be a criminal offense.

On 3-3-08 plaintiff was subjected to false imprisonment by the defendant where defendant charged plaintiff with charges the defendant knew to be false.

**BLACKS LAW DICTIONARY defines false imprisonment:** Intentional tort involving the unlawful restraint of the physical liberty of another. If the restraint is imposed by the use of purported legal authority and results in arrest, then there is a false arrest as well as false imprisonment.

Plaintiff avers he was subjected to false imprisonment by the defendant Officer Luth.

<u>Count 3</u>: The following civil right has been violated: <u>Amendments VII., V. and XIV. of the United States Constitution.</u>        (E.g., right to medical care, access to courts,

§ 1983 SD Form
(Rev. 5/98)

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:   [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

Defendant Office Luth and Michael Ficken, Deputy City Attorney subjected plaintiff to a conspiracy by moving forward in a criminal proceeding to prosecute plaintiff on charges defendant knew or should have known to be false.

The conspirator officer Luth submitted false information to a court and jury to further his conspiracy of intentionally depriving plaintiff of his right to due process, equal protection of the laws and to be free from cruel and unusual punishment all provided by the United States Constitution.

**BLACKS LAW DICTIONARY defines conspiracy:** An agreement of two or more persons made for the purpose of committing an illegal act, or for the purpose of doing a lawful act by unlawful means. Each person must know the purpose of the conspiracy and agree to join in the plans to further that purpose. Many jurisdictions require that some overt act accompany the planning for conspiracy to exist.
See attachment of Superior Court of California Court Case Number **M041579** held in San Diego County

**D. Previous Lawsuits and Administrative Relief**

   1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: KENNETH PRETTYMAN

Defendants: CITY OF SAN DIEGO POLICE DEPT., ~~Christopher Luth.~~

(b) Name of the court and docket number: 10cv0463 MMA (RBB)

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] Dismissed Without Prejudice.

(d) Issues raised:

Assault

(e) Approximate date case was filed: 2-2-10 and moved to U.S. Court 3-2-10.

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

See attachment of City of San Diego file LX09-0110-0403 dated complaint response 10-9-08.

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): from retaliation by defendants and assualts in the future because plaintiff brings this civil rights action.

2. Damages in the sum of $ 1,500,000.00

3. Punitive damages in the sum of $ what Court deems fit

4. Other:

### F. Demand for Jury Trial

Plaintiff demands a trial by [X] Jury [ ] Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

[ ] Plaintiff consents to magistrate judge jurisdiction as set forth above.   OR   [X] Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

1/31/11
Date

_____
Signature of Plaintiff

§ 1983 SD Form
(Rev. 5/98)

7

::ODMA\PCDOCS\WORDPERFECT\22834\1

# SAN DIEGO POLICE DEPARTMENT
## COMPLAINT CONTROL FORM

Internal Affairs Unit
Complaint Index No. _____

**IA USE ONLY**

**COMPLAINANT**
- NAME: KENNETH T. PRETTYMAN
- DOB: 6-6-64  SEX: M  RACE: B  HGT: 6'  WGT: 240
- HOME ADDRESS: 3788 GRIM ST. #7
- CITY: SAN DIEGO  ST: CA  ZIP: 92104
- HOME PHONE: 619 287-2807
- CELL/BUS. PHONE: 619 674-0362
- BUS. ADDRESS: INDUSTRIAL
- CITY: U.S. POSTAL  ST: ___  ZIP: ___
- EMPLOYED? Y/N  OCCUPATION: POSTAL [OFFICIAL LEAVE]
- COMPLAINANT INJURED? Y / N  PHOTOS TAKEN? Y / N
- PHOTOS TAKEN BY NAME & ID NUMBER: _____
- INTERPRETER REQUIRED ☐  LANGUAGE: _____

**WITNESSES**
- NAME: KIM LEWIS GARCIA
- DOB: 8/29/60  SEX: M  RACE: B
- HOME ADDRESS: 2032 LEMON GROVE AVE.
- HOME PHONE: 619 287-2613
- CITY: LEMON GROVE  ST: CA  ZIP: 91945
- BUS. PHONE: _____
- BUS. ADDRESS: 710 RAVEN ST.
- INTERPRETER REQUIRED ☐  LANGUAGE: _____
- CITY: SAN DIEGO  ST: CA  ZIP: 92102

- NAME: _____
- DOB: ___  SEX: ___  RACE: ___
- HOME ADDRESS: _____  HOME PHONE: _____
- CITY: ___  ST: ___  ZIP: ___  BUS. PHONE: _____
- BUS. ADDRESS: _____  INTERPRETER REQUIRED ☐  LANGUAGE: _____
- CITY: ___  ST: ___  ZIP: ___
- WITNESS SEARCH CONDUCTED? ☐ YES ☐ NO
- LIST ADDITIONAL WITNESSES ON ARJIS 3 FORM

**SDPD**
- ID Number: 6048  Name: CHRISTOPHER LUTH  Div: MC  Unit #: 812J3
- ID Number: ___  Name: ___  Div: ___  Unit #: ___
- ID Number: ___  Name: ___  Div: ___  Unit #: ___

**INCIDENT**
- INCIDENT LOCATION: 4900 UNIVERSITY AVE.
- DATE: 03-03-08  TIME: 2245  CAD INCIDENT NUMBER: 08030006161
- COMPLAINT RECEIVED: (IN PERSON)  PHONE  LETTER  ROUTE SLIP  OTHER
- CCF REC'D BY: ID #: 3807  NAME: S. BENDER  SGT  DIV: I.A.  DATE: 8/25/08  TIME: 1430
- COMPLAINT RESULT OF: INVEST.  (ARREST)  TRAF. CONT.  RADIO CALL  SERVICE REQ.  OTHER
- INVESTIGATING DIVISION: _____  INVESTIGATING SUPERVISOR: _____

**COMPLAINT SYNOPSIS**

PRETTYMAN STATES THAT HE AND GARCIA WERE WALKING ACROSS THE STREET WHEN THEY WERE ALMOST STRUCK BY LUTH'S PATROL CAR. LUTH MADE A U-TURN AND CONTACTED THEM. LUTH TOLD PRETTYMAN TO "SIT DOWN. SIT YOUR BLACK ASS DOWN." LUTH GRABBED PRETTYMAN'S SHIRT COLLAR AND THEY BEGAN TO STRUGGLE. LUTH KICKED PRETTYMAN'S LEFT KNEE, KNOCKING PRETTYMAN TO THE GROUND. PRETTYMAN HAS HAD SEVERAL PREVIOUS OPERATIONS ON HIS LEFT LEG FROM A PRIOR JOB INJURY. WHILE ON THE GROUND, LUTH PUNCHED PRETTYMAN ON THE RIGHT SIDE OF HIS FACE FOUR TO FIVE TIMES.

**MISC**
- INQUIRY ONLY ☐
- C.O.'S INITIALS: _____
- CCF INVESTIGATION APPROVED BY: _____  COMMANDING OFFICER
- I.A. Use ONLY: I.A. Reviewed: _____  SIGNATURE & ID NUMBER  Date: _____

PD-232 (Rev. 8-06)  601300

This information is available in alternative formats upon request

# SUPERIOR COURT OF CALIFORNIA

## County of San Diego

| | | |
|---|---|---|
| DATE: August 27, 2008 | DEPT. 19 | REPORTER A: Electronic    CSR # |
| PRESENT HON. PETER L. GALLAGHER | | REPORTER B:    CSR# |
| JUDGE | | |
| CLERK: C. Woods | | |
| BAILIFF: K. Ogle | | REPORTER'S ADDRESS: P.O. BOX 120128 |
| | | SAN DIEGO, CA 92112-4104 |

M041579
EI602001

PEOPLE OF THE STATE OF CALIFORNIA, Plaintiff
By: Michael Ficken, Deputy City Attorney
v.
KENNETH PRETTYMAN, Defendant
By: Nancy Song, Deputy Public Defender

Page 1 of 2

This being the time previously set for further **Jury Trial** in the above entitled cause, having been continued from Tuesday, August 27, 2008. Deputy City Attorney Michael Ficken appears on behalf of the people. Deputy Public Defender Nancy Song appears on behalf of the defendant, personally present.

Prior to trial commencing and out side the presence of the jury, Court and counsel review jury instructions on the record. **(0004/3168)**

**9:30 a.m.** Court convenes and **Trial resumes.** The Court now instructs the jury in the law applicable to this case and reviews the verdict forms. The complete set of the instructions will be provided to the jurors during deliberations.

At 9:49 a.m., Michel Ficken presents closing arguments on behalf of the People.

At 10:09 a.m., Nancy Song presents closing arguments on behalf of the defendant.

At 10:24 a.m., rebuttal closing arguments are presented on behalf of the People.

At 10 35 a.m., the bailiff is sworn to take custody of the jury and the **contested case is submitted.** Out of the presence of the jury, the Court instructs the alternate juror to remain on telephone standby.

At 10:40 a.m., the jury is released for the morning break by the sworn bailiff.

At 10:58 a.m., the jury is returned to the deliberation room by the sworn bailiff.

At 12:00 p.m., the deliberating jurors are released by the sworn bailiff for the noon break.

| August 27, 2008 | People v. Prettyman | Page 2 of 2 |

At 1:30 p.m., the jurors are escorted back by the sworn bailiff for further deliberations.

At 3:30 p.m., the bailiff delivers the following note (marked as **Jury Note 1**) to the Court: "We have discussed this case in detail and we have been unable to come to a unanimous agreement on a guilty or not guilt verdict". Counsels are directed to return to court forthwith.

At 3:45 p.m., Court is in session with counsel as noted above and the defendant present. Out of the presence of the jury, Court informs counsel of the content of the note.

**3:56 p.m.** Court convenes with counsel as noted above and the defendant present. The jurors are escorted into the courtroom by the sworn bailiff. Court is in session. The presiding juror reports that the jury has been unable to reach a verdict. The Court asks if he can be of assistance and ask the numerical break down of the vote.

The Court finds that the jury is hopelessly deadlocked and declares a mistrial as to the entire case. **Trial resumes.** The jurors are released from the admonishment and discharged from jury service.

People motion to reset case for further readiness is **denied.** Defense motion to dismiss the case in furtherance of justice is **granted.**

**Defendant is released in this matter. Court is adjourned.**



# THE CITY OF SAN DIEGO

October 9, 2008

Kenneth Prettyman
3788 Grim Avenue, #7
San Diego, CA 92104

**Reference:**  City File #:             LX09-0110-0403
              Date of Incident:       March 3, 2008
              Claimant/Your Client:   PRETTYMAN, Kenneth

Dear Mr. Prettyman:

Your claim, which was filed sometime ago against the City of San Diego, was referred to this office for investigation, and, with the advice of the office of the City Attorney, a determination of legal liability.

As you may know, the liability of a municipality to persons who claim damages is strictly limited by the acts of the legislature of the State of California governing municipal operations.

Because subsequent investigation and legal opinion determined that your claim cannot be honored, and because no formal denial has been caused to be issued by the City of San Diego within the 45-day time period as prescribed in California Government Code Section 912.4, your claim is deemed denied by operation of that law.

Subject to certain exceptions, **you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim.** See Government Code Section 945.6.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Sincerely,


Leroy Hostetler
Claims Representative

#29


DIVERSITY
BRINGS US ALL TOGETHER

**Risk Management**
1200 Third Avenue, Suite 1000 • San Diego, CA 92101-4107
Tel (619) 236-6670  Fax (619) 236-...

**%JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
KENNETH PRETTYMAN

## DEFENDANTS
CITY OF SAN DIEGO POLICE DEPT., Christopher Luth, and John Does 1-10

**(b)** County of Residence of First Listed Plaintiff: San Diego County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: San Diego County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
IN PROPRIA PERSONA

Attorneys (If Known)
'11 CV 0195 WQH - RBB

FILED
JAN 31 2011
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☒ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / PERSONAL PROPERTY | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | / ☐ 370 Other Fraud | | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | / ☒ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. Sec. 1983
Brief description of cause: civil rights action for assualt/cruel & unusual pun.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,500,000.
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

CF