UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PRETTYMAN,<br><br>  Plaintiff,<br>vs.<br><br>CITY OF SAN DIEGO POLICE DEPT., et al.,<br><br>  Defendants. | CASE NO. 11cv195 MMA (RBB)<br><br>**ORDER GRANTING MOTION TO PROCEED** *IN FORMA PAUPERIS*<br><br>[Doc. No. 2] |

On January 31, 2011, Plaintiff Kenneth Prettyman filed a Complaint against the City of San Diego and Christopher Luth, alleging, *inter alia*, constitutional violations in connection with allegations of false arrest and imprisonment. [Doc. No. 1.] Presently before the Court is Plaintiff's Motion for Leave to Proceed *in forma pauperis* ("IFP"). [Doc. No. 2.] All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007).

The Court has reviewed Plaintiff's affidavit of assets and finds the affidavit sufficiently shows that he is unable to pay the fees or post securities required to maintain this action. Plaintiff attests he only receives income from disability or worker's compensation payments, and does not

have any other checking, savings, money market or CD accounts. Therefore, the Court **GRANTS** Plaintiff's motion, and further finds that Plaintiff's Complaint is not subject to *sua sponte* dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B).

Accordingly, the Court hereby **ORDERS** as follows:

1. The Clerk of Court shall file the Complaint without prepayment of the filing fee.

2. The Clerk shall issue a summons for Defendants City of San Diego Police Department and Christopher Luth, and forward it to Plaintiff.

3. Plaintiff shall serve upon Defendants or, if appearance has been entered by counsel, upon Defendants' counsel, a copy of every pleading or other document submitted for consideration of the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on Defendants or counsel of Defendants and the date of service. Any paper received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a certificate of service will be disregarded by the Court.

**IT IS SO ORDERED.**

DATED: May 17, 2011

Hon. Michael M. Anello
United States District Judge